IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN AND MARY O'DONOHOE, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-4439 |
| EXXONMOBIL MEDICARE SUPPLEMENT PLAN, | § § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs filed a motion for continuance of the scheduling conference, (Docket Entry No. 9). The motion is granted. The initial pretrial and scheduling conference is reset to **April 25, 2011 at 4:00 p.m.** The joint discovery case management plan is due by April 15, 2011.

SIGNED on March 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge